AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Joshua Lynn Martin | ) | Case No. 1:24-mj-112 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 14, 2017-August 18, 2019  in the county of  Fremont  in the  Southern  District of  Iowa , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| T. 18, U.S.C., § 2251(a) | Production of child pornography |
| T. 18, U.S.C., § 2251(a) | Attempted production of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Robert Larsen, SA, DCI/FBI Task Force
*Printed name and title*

Date: Octber 3, 2024

*Judge's signature*

City and state: Council Bluffs, IA

William P. Kelly, U.S. Magistrate Judge
*Printed name and title*

FILED
By: Clerk's Office, Southern District of Iowa
3:40 pm, Oct 03 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:24-mj-112 |
| | ) | |
| v. | ) | AFFIDAVIT IN SUPPORT |
| | ) | OF CRIMINAL COMPLAINT |
| JOSHUA LYNN MARTIN, | ) | |
| | ) | **FILED UNDER SEAL** |
| Defendant | ) | |

### Affidavit for Complaint Against Joshua Martin

I, Robert Larsen, duly sworn upon oath, do hereby depose and state as follows:

1. I am a Special Agent for the Iowa Department of Public Safety, Division of Criminal Investigation (DCI), and I have been employed by DCI as such since August of 1995. I have successfully completed fourteen weeks of Law Enforcement Training at the Iowa Department of Public Safety Training Center. As part of my duties as a DCI agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have received training in the area of child pornography and child exploitation, including training from the Internet Crimes Against Children Task Force, and have had the opportunity to observe and review numerous examples of child pornography in all forms of media including computer media. As part of my duties, I am a member of the FBI's Child Exploitation and Human Trafficking Task Force (CEHTTF) in Omaha, Nebraska. As a result of my involvement with the FBI CEHTTF, I have



received special federal deputation authority, which among other things, allows me to seek and execute arrest and search warrants supporting a federal task force.

2. On August 18, 2024, Fremont County Sheriff's Office Sergeant Andrew Wake received a call from M.T. reporting her granddaughter Minor #1, (DOB: xx/xx/xx12) had been sexually assaulted by Joshua MARTIN (MARTIN). The reported allegations by Minor #1 include the timeframe of August 1, 2016, to September 1, 2021.

3. Minor #1 stated that MARTIN started sexually abusing her when she was three or four years old and this occurred at her home in Riverton, Fremont County, Iowa and in Lawrence, Kansas. Minor #1 also described MARTIN masturbating over her when she was asleep and awake.

4. On August 21, 2024, Deputy Wake conducted an interview with A.M. at the Fremont County Sheriff's Office.

5. A.M. said she was going through a divorce with MARTIN, but they separated in 2021.

6. A.M. said in the summer of 2020, Joshua Martin's relative died and A.M., MARTIN, and Minor #1 were in Lawrence, Kansas helping a relative move.

7. A.M. said that after they returned to their home in Riverton, Iowa she found a video taken on MARTIN's phone. She said the video was filmed in the house in Lawrence, Kansas.

8. She said the video was of MARTIN masturbating on his knees in front of Minor #1 and Minor #1 could be heard asking if MARTIN was done so she could go play.

9. A.M. said Minor #1 was 8 years old at the time the video was taken. A.M. said Minor #1 was lying on the floor in one of the bedrooms wearing a shirt and had no pants or underwear on.

10. After returning back to her home in Riverton, Iowa from Kansas, A.M. found the video and confronted MARTIN about the video. A.M. said that MARTIN threw her through a window, causing a laceration on her hand, resulting in a scar. A.M. did not make a police report based on threats by MARTIN.

11. A.M. also knew that MARTIN had pornographic videos of her as well. A.M. said that MARTIN kept all his videos in a locked drive on his Google drive and a locked zip drive. She said the video of Minor #1 was also kept there.

12. A.M. provided two email addresses for MARTIN: hometownhandymanconstruction@gmail.com and hometownhandymandba@gmail.com.

13. On August 22, 2024, Sergeant Wake obtained and served a State of Iowa search warrant on Google regarding the Google account(s) associated with the Google user with the email addresses of hometownhandymanconstruction@gmail.com and hometownhandymandba@gmail.com.

14. Sergeant Wake received a response from Google on August 28, 2024 and Sergeant Wake reviewed the records received from Google connected to MARTIN's email accounts.

15. Sergeant Wake also observed several image and video files that were recorded by MARTIN.

16. One file identified by Sergeant Wake is an image that appears to have been created on May 14, 2017. The video is titled 20170514_204543. Sergeant Wake described this image as a close-up of the genital area of Minor #1, who appears to be approximately 4 years old at the time. MARTIN can be seen touching the buttocks of Minor #1 with his penis. MARTIN is wearing light plaid shorts similar to the shorts he is wearing in a photo of him from Google dated August 16, 2018 (20180816_160530).

17. Another file identified by Sergeant Wake is a video file that appears to have been created on December 13, 2018. This video is titled 20181213_063305. Sergeant Wake described this video as depicting Minor #1 sleeping on the couch. MARTIN is observed uncovering her, exposing her legs, and then the camera stops on her crotch, which is covered by her pajama bottoms. MARTIN quickly covers up Minor #1 and moves to another seat on the couch, and the recording stops.

18. Sergeant Wake also identified three additional videos of interest that appear to have been created on August 18, 2019. The first of these is titled 20190818_025108. Sergeant Wake described this video as depicting MARTIN masturbating and exposing the breast and genital areas of A.M.

4

        The camera then switches to the crotch area of Minor #1 that is covered in butterfly panties. The camera then moves to two small female children lying in a bed with Barbie sheets. MARTIN is observed lifting one of the girl's shorts near her hip, exposing her purple underwear. MARTIN is then seen lifting the other girl's shorts in the same manner, exposing her pink underwear.

19. The second of these videos is titled 20190818_030925. Sergeant Wake described this video as depicting MARTIN masturbating over A.M. and Minor #2, while digitally penetrating A.M. The camera switches to Minor #1 asleep on the couch. The camera is covered and then MARTIN is observed masturbating while standing over Minor #1. The camera switches again to MARTIN masturbating and touching A.M.

20. The third of these videos is titled 20190818_034611. Sergeant Wake described this video as depicting MARTIN masturbating over Minor #1, who is asleep on the couch. The butterfly panties of Minor #1 are visible in this video.

21. On August 29, 2024, Minor #1 was interviewed at the Child Protection Center in Kansas City, Missouri. Minor #1 said that MARTIN sexually abused her and identified sex acts that included but not limited to Minor #1 performing oral sex on MARTIN and MARTIN masturbating to the genitals of Minor #1.

22. Minor #1 described several instances where MARTIN sexually abused her and recorded the activities with his phone.

23. A.M. was interviewed again after Sergeant Wake reviewed the images and videos from MARTIN's Google account. A.M. identified MARTIN as the individual in the photo taken on May 14, 2017 by his shorts in the image. A.M. also recognized the location of the files from Google as their home in Riverton, Iowa.

I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Executed this date of October 3, 2024.

_____
Robert Larsen, Special Agent
Iowa Division of Criminal Investigation
FBI Child Exploitation Task Force


Subscribed and sworn to before me by telephone or other reliable electronic means on October __3rd_, 2024.

_____
William P. Kelly
United States Magistrate Judge
Southern District of Iowa